UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA REYNOSO

                Plaintiff,

    – *against* –

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

**<u>OPINION & ORDER</u>**

24-cv-08802 (ER) (SN)

<u>Ramos</u>, D.J.:

Plaintiff Ana Reynoso commenced this action on November 19, 2024, seeking judicial review of the determination of the Commissioner of Social Security that she is not entitled to monthly disability insurance benefits or eligible for supplemental security income payments under the Social Security Act from her October 30, 2021 alleged onset date through March 13, 2024, the date of the administrative law judge's decision.  Docs. 1, 7.  Reynoso moved for judgment on the pleadings on February 18, 2025.  Doc. 7.

Magistrate Judge Sarah Netburn issued a report and recommendation (R&R) on January 6, 2026 recommending that Plaintiff's motion be denied in its entirety.  Doc. 15. The R&R notified the parties that they had fourteen days to file objections and that failure to do so "will waive those objections for purposes of appeal."  *Id.* at 15.

## I.    LEGAL STANDARD

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  Parties may raise specific written objections to the report and recommendation "[w]ithin fourteen days after being served with a copy."  *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).  A district court reviews *de novo* those portions of the report and recommendation to which timely and specific objections are made.  28 U.S.C. § 636(b)(1)(C); *see also United States v. Male Juvenile (95-CR-1074),*

121 F.3d 34, 38 (2d Cir. 1997).  The district court may adopt those parts of the report and recommendation to which no party has timely objected, provided no clear error is apparent from the face of the record.  *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

The district court will also review the report and recommendation for clear error where a party's objections are "merely perfunctory responses" argued in an attempt to "engage the district court in a rehashing of the same arguments set forth in the original petition."  *Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008) (citations and internal quotation marks omitted); *see also Watson v. Astrue*, No. 08 Civ. 1523 (DAB) (JCF), 2010 WL 1645060, at *1 (S.D.N.Y. Apr. 22, 2010) (clear error review applies when a party "reiterates the original arguments.") (citation omitted).

## II.    DISCUSSION

Notwithstanding that no objections were filed, the Court has reviewed Magistrate Judge Netburn's thorough and well-reasoned R&R and finds no error, clear or otherwise. Therefore, the Court adopts Magistrate Judge Netburn's recommendations in their entirety.  Reynoso's motion for judgment on the pleadings is DENIED.  The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    January 27, 2026
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.

2